UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 03 2016

Tyrone Hurt

_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

16 CV 7088 (CM)( )

-against-

Donald Trump, Republican Committee
for the President of the United States

NOTICE OF APPEAL

RECEIVED
2016 OCT -3 AM 10: 39
U.S. COURT OF APPEALS
SECOND CIRCUIT

_____
(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Tyrone Hurt

_____
(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☑ order entered on: 9/13/16
(date that judgment or order was entered on docket)

that: Order to Dismissal

_____
(If the appeal is from an order, provide a brief description above of the decision in the order.)

9/20/16                             Tyrone Hurt
Dated                               Signature*

Hurt, Tyrone, (NMN)
Name (Last, First, MI)

422 Chesapeake St. St. #33. W. D.C. D.C. 20032
Address              City        State      Zip Code

(202)758-6432                       422 Chesapeake St St #33. W.D.C.
Telephone Number                    E-mail Address (if available)   20032

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Tyrone Hub

_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

16 CV 7088 (CM)(   )

-against-

Donald Trump, Republican Nominee
for the President to the United States
_____
(List the full name(s) of the defendant(s)/respondent(s).)

**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**

I move under Federal Rule of Appellate Procedure 24(a)(1) for leave to proceed *in forma pauperis* on appeal. This motion is supported by the attached affidavit.

9/20/16
_____
Dated

Tyrone Hub
_____
Signature

Hub, Tyrone, (MUIN)
_____
Name (Last, First, MI)

422 Chesapeake St. S.E. #33 : W.D.C : D.C : 20032
_____
Address          City          State          Zip Code

(202) 258-6432
_____
Telephone Number

422 Chesapeake St. S.E. #33. W.D.C 20032
_____
E-mail Address (if available)

## Application to Appeal In Forma Pauperis

_Ti Ard_ v. _Donald Trump_   Appeal No. _____

District Court or Agency No. _16-CV-7088_

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)  Signed: _Dymone Ward_ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.  Date: _9/20/16_ |

My issues on appeal are: (required): _Whether the last order entered in the PHA by 9/13/16, dismissing the complaint, was an abuse of its direction, and has rules inconsistent, with the U.S. Constitution (Arts 1 17s), and 10:00, V.S. Ct. App. for the Deanne Claim, should apply, Pica v. Guam, 729, F.2d, 1128, (9th) (cir. 1983)_

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source  S. Si Adm | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ N/A | $ 733.00 | $ N/A |
| Self-employment | $ N/A | $ N/A | $ 733.00 | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ 733.00 | $ N/A |

- 1 -

12/01/2013 SCC

| | | | | |
|---|---|---|---|---|
| Interest and dividends | $ N/A | $ N/A | $733.00 | $ N/A |
| Gifts | $ N/A | $ N/A | $733.00 | $ N/A |
| Alimony | $ N/A | $ N/A | $733.00 | $ N/A |
| Child support | $ N/A | $ N/A | $733.00 | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ N/A | $ N/A | $733.00 | $ N/A |
| Disability (such as social security, insurance payments) | $ SSDI | $ N/A | $733.00 | $ N/A |
| Unemployment payments | $ N/A | $ N/A | $733.00 | $ N/A |
| Public-assistance (such as welfare) | $ N/A | $ N/A | $733.00 | $ N/A |
| Other (specify): | $ N/A | $ N/A | $733.00 | $ N/A |
| **Total monthly income:** | $0 733.00 | $0 N/A | $0 733.00 | $0 N/A |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| SSDI | N/A N/A N/A | 8/1996 - 9/2016 | $ 733.00 |
| | | | $ |
| | | | $ |

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ N/A |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ *733.00 per mth*

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Comm. Corp., Inc. | Checking | $ 733.00 | $ N/A |
|  |  | $ | $ |
|  |  | $ | $ |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ N/A | (Value) $ N/A | (Value) $ N/A |
|  |  | Make and year: |
|  |  | Model: |
|  |  | Registration #: |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ N/A | (Value) $ N/A | (Value) $ N/A |
| Make and year: |  |  |
| Model: |  |  |
| Registration #: |  |  |

- 3 -

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| S, S, Komi | $735.00 per mo | $ N/A |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name [or, if a minor (i.e., underage), initials only] | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>Are real estate taxes included?  ☐ Yes  ☑ No<br>Is property insurance included?  ☑ Yes  ☐ No | $ Rent | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ pupley | $ N/A |
| Home maintenance (repairs and upkeep) | $ Bailey Inc | $ N/A |
| Food | $ S.S.I. | $ N/A |
| Clothing | $ S.S.I. | $ N/A |
| Laundry and dry-cleaning | $ S.S.I. | $ N/A |
| Medical and dental expenses | $ medicare/medicare | $ N/A |

| | | |
|---|---|---|
| Transportation (not including motor vehicle payments) | $ metro bus | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) A.P. R.P.s | | |
|     Homeowner's or renter's: | $ renter | $ N/A |
|     Life: | $ N/A | $ N/A |
|     Health: | $ medicaid medicare | $ N/A |
|     Motor vehicle: | $ metro bus | $ N/A |
|     Other: | $ N/A | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ N/A | $ N/A |
| Installment payments | | |
|     Motor Vehicle: | $ metro bus | $ N/A |
|     Credit card (name): | $ N/A | $ N/A |
|     Department store (name): | $ N/A | $ N/A |
|     Other: | $ N/A | $ N/A |
| Alimony, maintenance, and support paid to others | $ N/A | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ N/A | $ N/A |
| Other (specify): | $ N/A | $ N/A |
| **Total monthly expenses:** | $ 0 933.00 | $ 0 N/A |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   ☐ Yes   ☒ No   If yes, describe on an attached sheet.

10. *Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit?* ☐ Yes ☒ No

    *If yes, how much?* $ _____

-5-

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.* That because b my protested, but I am unable to pre-pay the said costs or fees for the filing of the foregoing affidavit, that I am unable to give security for the same.

12. *Identify the city and state of your legal residence.*

    City __Dili__  State __D.L.__

    Your daytime phone number: __(202) 788-6432__

    Your age: __70__   Your years of schooling: __12th. + beyond__

    Last four digits of your social-security number: __7958__






U.S. POSTAGE PAID WASHINGTON, DC 20009 SEP 23, 16 AMOUNT $1.15 R2305K140660-5

Mr Tyrone Hurt
422 Chesapeake St. SE Apt. 33
Washington, DC 20032

(202) 288-6488
604-632
cell phone

To: Clerk to the Court
Chief top of the Court
United States District Court
For the Second (2nd) Circuit
At 40 Centre Street,
Rm. 612
New York, N.Y.
10007-1801

USM 40LD SDNY

Case 1:16-cv-07088-CM   Document 4   Filed 10/03/16   Page 10 of 10

**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: October 4, 2016
Short Title: Hurt v. Trump et al.

DC Court:  SDNY 16-cv-7088

**NOTICE OF UNDER FRAP 4(d) OF TRANSFERRED NOTICE OF APPEAL**

The attached Pro se Notice of Appeal and Motion for IFP which was first received in our court on October 3, 2016 and mistakenly sent to the U.S. Court of Appeals for the Second Circuit under FRAP 4(d).

The date the notice was received has been stamped and it is now transmitted for filing with the district court. If a timely notice has been filed already, refilling is not necessary.

Inquiries regarding this case may be directed to 212-857-8500.

